

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-11-00103-CR
_____

DEVON STRONG, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th Judicial District Court
Bowie County, Texas
Trial Court No. 10F0690-005

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Devon Strong appeals from his conviction by a jury on four charges of burglary of a habitation[1] and five charges of aggravated robbery.[2]  In this appeal, Strong appeals one of five convictions of aggravated robbery.  Strong has filed a single brief, in which he raises a single issue common to each of his appeals.[3]  Strong argues that the trial court committed reversible error in a single point of error.

We addressed this issue in detail in our opinion of this date on Strong's appeal in cause number 06-11-00100-CR.  For the reasons stated therein, we likewise conclude that error has not been shown in this case.

We affirm the judgment of the trial court.

Jack Carter
Justice

Date Submitted:     September 12, 2012
Date Decided:       September 14, 2012

Do Not Publish

---

[1]TEX. PENAL CODE ANN. § 30.02 (West 2011).

[2]TEX. PENAL CODE ANN. § 29.03 (West 2011).

[3]Strong also appeals his convictions of (1) burglary of a habitation in trial court cause number 10F0475-005 (appellate cause number 06-11-00100-CR); (2) burglary of a habitation in trial court cause number 10F0476-005 (appellate cause number 06-11-00101-CR); (3) burglary of a habitation in trial court cause number 10F0477-005 (appellate cause number 06-11-00102-CR); (4) aggravated robbery in trial court cause number 10F0691-005 (appellate cause number 06-11-00104-CR); (5) aggravated robbery in trial court cause number 10F0692-005 (appellate cause number 06-11-00105-CR); (6) aggravated robbery in trial court cause number 10F0693-005 (appellate cause number 06-11-00106-CR); (7) aggravated robbery in trial court cause number 10F0751-005 (appellate cause number 06-11-00107-CR); and (8) burglary of a habitation in trial court cause number 10F0752-005 (appellate cause number 06-11-00108-CR).  Our opinions in each of these cases are issued today.